FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV15-0488-DSF (KKx) |
| Plaintiff[s], | **[PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS** |
| v. | |
| [UNDER SEAL], | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| Defendant[s]. | |
| | [FILED CONCURRENTLY UNDER SEAL: REQUEST FOR DISMISSAL OF ACTION BY RELATOR; CONSENT OF THE UNITED STATES AND THE STATE OF CALIFORNIA] |

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* STACEY MILLER and TAMMY BOLEY,<br><br>Plaintiffs,<br><br>v.<br><br>DESERT MEDICAL GROUP, INC., ELDENE SMITH, HEATHER SWEENEY, and DOES 1 through 100,<br><br>Defendants. | No. CV15-0488-DSF (KKx)<br><br>[PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: REQUEST FOR DISMISSAL OF ACTION BY RELATOR; CONSENT OF THE UNITED STATES AND THE STATE OF CALIFORNIA] |

*Qui tam* plaintiff Stacey Miller and Tammy Boley ("Relators") have requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed without prejudice to the Relators and without prejudice to the United States and the State of California. The United States and the State of California having consented, in the interest of justice, to such dismissal without prejudice,

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

(1) The above-entitled action is dismissed without prejudice.

(2) The following documents only shall be unsealed:

    (a) The Complaint;

    (b) The Request for Dismissal of Action by Relator; Consent of the United States and the State of California; and

    (c) This Order.

(3) All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants or any other person.

Dated: 7/10/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 9, 2015, I served the [Proposed] Order to Dismiss Action and to Unseal Certain Documents on each person or entity named below by enclosing a copy thereof in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: July 9, 2015. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

Andrew Rosenberry, Esq.
DONALD R. HOLBEN & ASSOCIATES, A.P.C.
5030 Camino De La Siesta Suite 350
San Diego CA 92108

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2015 at Los Angeles, California.

ZENAIDA A. ROSACIA